| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>06-291 | DATE FILED<br>5/4/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Broadband Technology et al | | DEFENDANT<br><br>Verizon Internet Services Inc et al |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,844,596   6,410,516 | 12/01/98 | Inline Connection Corp |
| 2 | 6,236,718 B1 | 05/22/01 | Inline Connection Corp. |
| 3 | 6,243,446 B 1 | 06/05/01 | Inline Connection Corp. |
| 4 | 6,542,585 B 2 | 04/01/03 | Inline Connection Corp. |
| 5 | 6,970,537 B 2 | 11/29/05 | Inline Connection Corp. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>    PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>    5/4/06 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**