AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

| | |
|---|---|
| BROADBAND TECHNOLOGY INNOVATIONS, LLC, and PIE SQUARED LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON INTERNET SERVICES, INC.;<br>GTE.NET LLC d/b/a VERIZON INTERNET SOLUTIONS; VERIZON SERVICES CORP.;<br>TELESECTOR RESOURCES GROUP, INC.<br>d/b/a VERIZON SERVICES GROUP;<br>VERIZON CORPORATE SERVICES GROUP INC. d/b/a VERIZON SERVICES GROUP;<br>VERIZON ADVANCED DATA INC.; VERIZON AVENUE CORP.; GTE SOUTHWEST INC.<br>d/b/a VERIZON SOUTHWEST; and VERIZON DELAWARE INC.,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br><br>C.A. No. _____06-291____<br><br>**JURY TRIAL DEMANDED** |

TO:  Telesector Resources Group, Inc.
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE  19801

   **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY:    Julia Heaney
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street; P.O. Box 1347; Wilmington, DE  19899-1347
    302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              5-3-06

_____                       _____
CLERK                                                                        DATE

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/10/06 |
| NAME OF SERVER (PRINT)   Aaron Johnston | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Service of the Summons and Complaint was made at 11:00 a.m. upon defendant Telesector Resources Goup, Inc. by delivering copies thereof to defendant's registered agent Scott LaScala, Corporation Trust Company, 1201 N. Orange Street, Wilmington, DE 19801.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5.10.06
           *Date*          *Signature of Server*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE  19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure