IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND TECHNOLOGY INNOVATIONS, LLC, ET AL., ) ) ) ) Plaintiffs, ) ) v. ) ) VERIZON INTERNET SERVICES, ) INC., ET AL., ) ) Defendants. ) | C.A. No. 06-291-JJF |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey B. Bove and Kevin M. Baird of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of the defendants Verizon Internet Services, Inc., GTE.Net LLC d/b/a Verizon Internet Solutions, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group, Inc., Verizon Advanced Data Inc., Verizon Avenue Group, Verizon Delaware, Inc., GTE Southwest, Inc. d/b/a Verizon Southwest (the "Verizon Defendants").

2

|  |  |
|---|---|
| | Respectfully submitted, |
| | By: /s/ Jeffrey B. Bove |
| OF COUNSEL: | Jeffrey B. Bove (#998) |
| John B. Wyss | Kevin M. Baird (#4219) |
| Kevin P. Anderson | CONNOLLY BOVE LODGE & HUTZ LLP |
| WILEY REIN & FIELDING LLP | The Nemours Building |
| 1776 K Street NW | 1007 North Orange Street, Suite 878 |
| Washington, DC 20006 | Wilmington, DE 19801 |
| Telephone: 202.719.7000 | Telephone: 302.658.9141 |
| Facsimile : 202.719.7049 | Facsimile: 302.658.5614 |
| | E-mail: jbove@cblh.com |
| Dated: May 16, 2006 | |
| | Counsel for Verizon Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I electronically filed a **Notice of Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Julia Heaney, Esq.   (Served electronically and by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Michael K. Plimack, Esq.   (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.   (Served electronically and by overnight delivery)
Bingham McCutchen LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899-2207
(302) 658-9141
*Attorney for the Verizon Defendants*