IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Broadband Technology Innovations LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Verizon Internet Services, Inc., et al., <br><br> Defendants. | Civil Action No. 06-291 (JJF) |
| Verizon Internet Services, Inc. and <br> Verizon Delaware Inc., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> Broadband Technology Innovations, LLC and <br> Pie Squared LLC, <br><br> Counterclaim-Defendants. | Civil Action No. 06-291 (JJF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Defendants hereby notify the Court that Kevin M. Baird is withdrawing as counsel for Defendants and Counterclaim-Plaintiffs in this action.

The undersigned remains counsel of record for Defendants and Counterclaim-Plaintiffs in this action.

1

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

OF COUNSEL:
John B. Wyss
Kevin P. Anderson
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
Telephone: 202.719.7000
Facsimile : 202.719.7049

Dated: May 30, 2006

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    The Nemours Building
    1007 North Orange Street, Suite 878
    Wilmington, DE  19801
    Telephone:  302.658.9141
    Facsimile:   302.658.5614
    E-mail: jbove@cblh.com

Counsel for Verizon Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed a **Notice of Withdrawal of Counsel** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    Julia Heaney, Esq.    (Served electronically and by hand delivery)
    MORRIS NICHOLS ARSHT & TUNNELL LLP
    1201 N. Market Street
    Post Office Box 1347
    Wilmington, Delaware 19899-1347
    jhefiling@mnat.com

    Michael K. Plimack, Esq.    (Served electronically and by overnight delivery)
    Alexander L. Brainerd, Esq.
    HELLER EHRMAN LLP
    333 Bush Street
    San Francisco, California 94104
    Alexander.Brainerd@hellerehrman.com
    Michael.Plimack@hellerehrman.com

    C. Joël Van Over, Esq.    (Served electronically and by overnight delivery)
    Bingham McCutchen LLP
    3000 K Street, NW
    Suite 300
    Washington, DC 20007-5116
    joel.vanover@bingham.com

    /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    CONNOLLY BOVE LODGE & HUTZ LLP
    1007 North Orange Street
    Wilmington, DE 19899-2207
    (302) 658-9141
    *Attorney for the Verizon Defendants*