IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND TECHNOLOGY INNOVATIONS, LLC, and PIE SQUARED LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>VERIZON INTERNET SERVICES, INC., et al.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-291-JJF<br>:<br>:<br>:<br>: |

**O R D E R**

WHEREAS, the Court has reviewed the parties' statements regarding pretrial scheduling;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status/Scheduling Conference will be held on **Wednesday, January 24, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_January 8, 2007_
       DATE

_[signature: Joseph J. Farnan Jr.]_
UNITED STATES DISTRICT JUDGE