**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Broadband Technology Innovations, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>Defendants. | Civil Action No. 06-291 (JJF) |
| Verizon Internet Services, Inc. and<br>Verizon Delaware, Inc.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>Broadband Technology Innovations, LLC, and<br>Pie Squared LLC,<br><br>Counterclaim-Defendants. | Civil Action No. 06-291 (JJF) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John B. Wyss and Kevin P. Anderson, to represent Defendants Verizon Internet Services, Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group, Inc., Verizon Advanced Data, Inc., Verizon Avenue Corp., Verizon Delaware, Inc., and GTE Southwest, Inc. *d/b/a* Verizon Southwest, in this matter.

Signed: */s/ Jeffrey B. Bove*

Jeffrey B. Bove, I.D. No. 998
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorney for Defendants

Date: January 23, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ____________________________ ______________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 23, 2007

John B. Wyss
JOHN B. WYSS
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 23, 2007

KEVIN P. ANDERSON
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2007, a true copy of the foregoing ***Verizon Defendants' Motion and Order for Admission Pro Hac Vice*** was sent to plaintiff's counsel, in the manner indicated, upon:

Julia Heaney, Esq. (Served electronically and by hand delivery)
Mary Graham, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Carl S. Nadler, Esq. (Served electronically and by mail)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
carl.nadler@hellerehrman.com

Michael K. Plimack, Esq. (Served electronically and by mail)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq. (Served electronically and by mail)
Bingham McCutchen LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
(302) 658-9141

516999v1<CB>