IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND TECHNOLOGY INNOVATIONS, LLC, and PIE SQUARED LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>VERIZON INTERNET SERVICES, INC.; GTE.NET LLC d/b/a VERIZON INTERNET SOLUTIONS; VERIZON SERVICES CORP.; TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP; VERIZON CORPORATE SERVICES GROUP INC. d/b/a VERIZON SERVICES GROUP; VERIZON ADVANCED DATA INC.; VERIZON AVENUE CORP.; GTE SOUTHWEST INC. d/b/a VERIZON SOUTHWEST; and VERIZON DELAWARE INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-291 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alexander L. Brainerd of Heller Ehrman LLP, 333 Bush Street, San Francisco, CA 94104 to represent plaintiffs in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
*Attorneys for Plaintiffs Broadband Technology Innovations, LLC and Pie Squared LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

533258

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: January 24, 2007

Alexander L. Brainerd
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Jeffrey B. Bove
>CONNOLLY BOVE LODGE & HUTZ LLP
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19801-2207

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 24, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Jeffrey B. Bove
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801-2207

**BY E-MAIL**

John B. Wyss
Kevin P. Anderson
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, DC 20006

*/s/ Julia Heaney (#3052)*
Julie Heaney (#3052)