IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORP., : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Civil Action No. 05-866-JJF |
| : | |
| VERIZON INTERNET SERVICES, : | |
| INC. ET AL., : | |
| : | |
| Defendants. : | |
| BROADBAND TECHNOLOGY : | |
| INNOVATIONS, LLC and : | |
| PIE SQUARED LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Civil Action No. 06-291-JJF |
| : | |
| VERIZON INTERNET SERVICES, : | |
| INC. ET AL., : | |
| : | |
| Defendants. : | |

### ORDER

WHEREAS, on January 24, 2007, the Court held a conference at which the parties discussed various pending matters before the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Plaintiff's Motion To Consolidate Cases (05-866, D.I. 151; 06-291, D.I. 22) is **GRANTED**.

2. Civil Action No. 06-291 shall be consolidated into Civil Action No. 05-866. All further pleadings in the consolidated case shall be filed under Civil Action No. 05-866.

3.  The Defendants' Motion For Summary Judgment (05-866, D.I. 123) based on a lack of subject matter jurisdiction is **DENIED** with leave to renew after a conference with the Court which will be held after the trial in <u>Inline Connection Corporation et al. v. America Online, Inc. et al.</u>, Civil Action No. 02-272-MPT.

IT IS FURTHER ORDERED that, at the conclusion of the trial to be held in Civil Action No. 02-272-MPT, the Verizon Defendants shall contact the Court in order to schedule a teleconference.

January 24, 2007

_____
UNITED STATES DISTRICT JUDGE